1 | Jeena Jiampetti (Bar No. 251075)
jeena@benefitslaw.com
2 | Cassie Springer Ayeni (Bar No. 221506)
cassie@benefitslaw.com
3 | Adetunji Olude (Bar No. 264873)
adetunji@benefitslaw.com
4 | SPRINGER AYENI
A Professional Law Corporation
5 | 123 Estudillo Avenue, Suite 201
San Leandro, California 94577-4701
6 | Telephone: (510) 926-6768
Facsimile: (510) 926-6768
7 |
Attorneys for Plaintiff
8 | M.S.

9 |
Nicole Y. Blohm (Bar No. 177284)
10 | nblohm@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
11 | cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
12 | 1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
13 | Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930
14 |
Attorneys for Defendant
15 | LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., | Case No. 4:22-cv-01260-HSG |
| Plaintiff, | **STIPULATION TO REFER CASE TO PRIVATE MEDIATION; AND ORDER THEREON** |
| vs. | |
| NEW YORK LIFE INSURANCE COMPANY, | |
| Defendant. | |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179209.1

1

Case No. 4:22-cv-01260-HSG
STIPULATION TO REFER CASE TO PRIVATE MEDIATION; ORDER THEREON

1  Plaintiff M.S. ("Plaintiff") and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA [erroneously sued as NEW YORK LIFE INSURANCE COMPANY] ("LINA") (collectively the "Parties"), by and through their respective counsel, hereby respectfully submit this Stipulation requesting that this case be referred to private mediation (in lieu of court-sponsored mediation).

WHEREAS, by Order dated May 25, 2022, the Court, pursuant to the Parties' stipulation, referred the Parties to the Court's ADR program for court-sponsored mediation; and also set a mediation completion deadline of September 16, 2022 (*See* Dkt Nos. 21, 22);

WHEREAS, the Court's ADR unit, without conferring with the Parties, assigned a neutral (*See* Dkt. No. 24); and LINA did not consent to participate in a mediation with the assigned neutral;

WHEREAS, the Parties subsequently met and conferred regarding mediation and have agreed to participate in private mediation with Adrienne Publicover, Esq. of JAMS on August 24, 2022;

WHEREAS, in light of the Parties' agreement to participate in private mediation, the Parties respectfully request that the Court remove this case from the court's ADR program and issue an Order directing the Parties to participate in private mediation;

WHEREAS, removing the case from the Court's ADR program and referring the case to private mediation will not impact any of the dates set forth in the Court's Scheduling Order.

IT IS HEREBY STIPULATED, by and between Plaintiff and LINA, by and through their respective counsel, that this case be removed from the Court's ADR program and referred to private mediation with Adrienne Publicover, Esq. of JAMS, scheduled to take place on August 24, 2022.

**IT IS SO STIPULATED**.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179209.1

2

Case No. 4:22-cv-01260-HSG
STIPULATION TO REFER CASE TO PRIVATE MEDIATION; ORDER THEREON

| | |
|---|---|
| Dated: July 5, 2022 | SPRINGER AYENI<br>Jeena Jiampetti<br>Cassie Springer Ayeni<br>Adetunji Olude |
| | By: _/s/ Jeena Jiampetti_<br>Jeena Jiampetti<br>Attorneys for Plaintiff<br>M.S. |
| Dated: July 5, 2022 | MESERVE, MUMPER & HUGHES LLP<br>Nicole Y. Blohm<br>Charles K. Chineduh |
| | By: _/s/ Charles K. Chineduh_<br>Charles K. Chineduh<br>Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br>(erroneously sued as NEW YORK LIFE INSURANCE COMPANY) |

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179209.1

3

Case No. 4:22-cv-01260-HSG
STIPULATION TO REFER CASE TO PRIVATE MEDIATION; ORDER THEREON

**O R D E R**

The Court, having reviewed the parties' Stipulation Requesting Referral to Private Mediation, finds that good cause exists to enter an order approving the Stipulation.

IT IS HEREBY ORDERED that this case is removed from the Court's ADR program and is referred to private mediation with Adrienne Publicover, Esq. of JAMS.

Dated: July 6, 2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179209.1

4

Case No. 4:22-cv-01260-HSG
STIPULATION TO REFER CASE TO PRIVATE MEDIATION; ORDER THEREON