1  Jeena Jiampetti (Bar No. 251075)
   jeena@benefitslaw.com
2  Cassie Springer Ayeni (Bar No. 221506)
   cassie@benefitslaw.com
3  Adetunji Olude (Bar No. 264873)
   adetunji@benefitslaw.com
4  SPRINGER AYENI
   A Professional Law Corporation
5  123 Estudillo Avenue, Suite 201
   San Leandro, California 94577-4701
6  Telephone: (510) 926-6768
   Facsimile: (510) 926-6768
7
   Attorneys for Plaintiff
8  M.S.

9  Nicole Y. Blohm (Bar No. 177284)
   nblohm@mmhllp.com
10 Charles K. Chineduh (Bar No. 273258)
   cchineduh@mmhllp.com
11 MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
12 Los Angeles, California 90017-2457
   Telephone:  (213) 620-0300
13 Facsimile:  (213) 625-1930

14 Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA
15

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., | Case No. 4:22-cv-01260-HSG |
| Plaintiff, | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON (as modified)** |
| vs. | |
| NEW YORK LIFE INSURANCE COMPANY, | |
| Defendant. | |

1   IT IS HEREBY STIPULATED, by and between Plaintiff M.S. and Defendant LIFE
2   INSURANCE COMPANY OF NORTH AMERICA (erroneously sued herein as NEW YORK LIFE
3   INSURANCE COMPANY), by and through their respective attorneys of record, that this action shall
4   be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal
5   Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

6   The parties further stipulate all dates be vacated and taken off the Court's calendar.

7   The parties seek the Court's approval of the dismissal of the action with prejudice.

8   **IT IS SO STIPULATED.**

10  Dated: September 28, 2022        SPRINGER AYENI
                                     Jeena Jiampetti
11                                   Cassie Springer Ayeni
                                     Adetunji Olude
12

13                                   By:   */s/ Cassie Springer Ayeni*
14                                         Cassie Springer Ayeni
                                           Attorneys for Plaintiff
15                                         M.S.

16

17  Dated: September 28, 2022        MESERVE, MUMPER & HUGHES LLP
                                     Nicole Y. Blohm
18                                   Charles K. Chineduh

19

20                                   By:   */s/ Charles K. Chineduh*
                                           Charles K. Chineduh
21                                         Attorneys for Defendant
                                           LIFE INSURANCE COMPANY OF
22                                         NORTH AMERICA
                                           (erroneously sued as NEW YORK LIFE
23                                         INSURANCE COMPANY)

24
                        **Filer's Attestation - Local Rule 5-1.(i)(3)**
25
    The filing attorney attests that he has obtained concurrence regarding the filing of this
26
    document and its content from the signatories to this document.
27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179442.1

2

Case No. 4:22-cv-01260-HSG
JOINT STIP TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER

# **ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case 4:22-cv-01260-HSG is dismissed in its entirety as to all defendants with prejudice. The Clerk is directed to close this case.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:   9/29/2022

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179442.1

3

Case No. 4:22-cv-01260-HSG
JOINT STIP TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER